# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:05CV2265-SNL ) |
| PARAMOUNT CONSTRUCTION CO., L.L.C., a Missouri limited liability company, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiffs filed this action to recover, *inter alia*, delinquent contributions and liquidated damages allegedly owed to the plaintiff employee benefit funds pursuant to 29 U.S.C. §§ 185 and 1132. Plaintiffs also seek to recover attorneys' fees, accounting fees, and costs incurred in this action. Defendant was served with the summons and complaint on December 17, 2005. The Clerk entered a default on February 1, 2006.

Plaintiffs have completed a payroll examination covering the period of January 1, 2005 through September 30, 2004. Based on that uncontroverted examination, defendant owes plaintiffs $6,555.69 in unreported contributions. In addition, pursuant to the collective bargaining agreement and ERISA, 28 U.S.C. § 1132(g)(2), plaintiffs are owed $1,347.83 in liquidated damages and $514.85 in pre-judgment interest. Also, the collective bargaining agreement and ERISA, 29 U.S.C. § 1132(g)(2), require defendant to pay plaintiffs' attorneys' fees, accounting fees, and costs. Plaintiffs incurred $2,091.50 in attorneys' fees, $1,254.00 in accounting fees, and $310.60 in court costs and special process server fees. Based on the evidence presented, the

Court finds that the services performed by plaintiffs' accountants and attorneys were reasonable and necessary to the litigations of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.

The total amount owed by defendant to plaintiffs during this time period is $12,074.47.

**IT IS THEREFORE ORDERED** that plaintiffs shall recover from defendant, The Paramount Construction Co., L.L.C., the total of $12,074.47.

Dated this  6th   day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE